UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL DIAZ HERNANDEZ, | Case No. EDCV 13-920 GHK(JC) |
| Plaintiff, | (PROPOSED) |
| v. | JUDGMENT |
| KIRK TORRES, M.D., | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Third Amended Complaint is dismissed without further leave to amend.

IT IS SO ADJUDGED.

DATED: 10/26/15

HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE